1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   ERNIE ALTMAN, et al.,                          CASE NO. CV F 11-1807 LJO MJS

10                      Plaintiffs,                 **JUDGMENT**
                vs.                                 (Doc. 13.)
11
    PNC MORTGAGE, et al.,
12
                      Defendants.
13   _____/

14          This Court's January 20, 2012 order dismissed with prejudice this action against defendants PNC

15   Bank, N.A., and Rushmore Loan Management Services and directed the Court's clerk to enter judgment

16   to that effect.  Although this Court clearly contemplated entry of judgment, the clerk inadvertently failed

17   to enter judgment.  As such, this Court nunc pro tunc ENTERS judgment, effective January 20, 2012,

18   and in favor of defendants PNC Bank, N.A., and Rushmore Loan Management Services and against

19   plaintiffs.

20
21
22
23          IT IS SO ORDERED.

24   **Dated:    February 24, 2012**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
25
26
27
28

                                                1