# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE ALTMAN, et al., | CASE NO. CV F 11-1807 LJO MJS |
| Plaintiffs, | **JUDGMENT** |
| vs. | (Doc. 13.) |
| PNC MORTGAGE, et al., | |
| Defendants. | |

This Court's January 20, 2012 order dismissed with prejudice this action against defendants PNC Bank, N.A., and Rushmore Loan Management Services and directed the Court's clerk to enter judgment to that effect. Although this Court clearly contemplated entry of judgment, the clerk inadvertently failed to enter judgment. As such, this Court nunc pro tunc ENTERS judgment, effective January 20, 2012, and in favor of defendants PNC Bank, N.A., and Rushmore Loan Management Services and against plaintiffs.

IT IS SO ORDERED.

Dated:   February 24, 2012              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE